AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>STEEH, GEORGE C. | 2. Court or Organization<br><br>U.S. DISTRICT COURT EASTERN DISTRICT MICHIGAN | 3. Date of Report<br><br>05/07/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE - ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>231 W. LAFAYETTE #235<br>DETROIT, MI. 48226 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | BOARD OF DIRECTORS | CHILD ADVOCACY CENTER - CARE HOUSE |
| 2. | BOARD OF DIRECTORS | MARCH OF DIMES - SOUTHEASTERN MICHIGAN CHAPTER |
| 3. | BOARD OF DIRECTORS | COMPREHENSIVE YOUTH SERVICES |
| 4. | BOARD OF DIRECTORS | MT. CLEMENS REGIONAL MEDICAL CENTER |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1990 | COUNTY OF MACOMB EMPLOYEE RETIREMENT PLAN (NO CONTROL) |
| 2. | 1996 | DEFERRED COMPENSATION PLAN 457-MACOMB COUNTY EMPLOYEES |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEEH, GEORGE C. | 05/07/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. VARIOUS | STATE OF MICHIGAN EMPLOYEE RETIREMENT PLAN | $19,277.00 |
| 2. VARIOUS | COUNTY OF GENESSEE | $4,299.00 |
| 3. VARIOUS | MACOMB COUNTY FINANCE | $4,371.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NORTHWESTERN LAW JUDICIAL PROGRAM | 03/28/11-03/29/11 | CHICAGO, IL | EVENT HELD | TRANSPORTATION, LODGING, AND MEALS |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEEH, GEORGE C. | 05/07/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEEH, GEORGE C. | 05/07/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BENNETT PROMISSORY NOTE | | None | J | W | | | | | |
| 2. COMMUNITY CENTRAL BANK | | None | | | Merged (with line 13) | 01/01/11 | J | | See Note, Part VIII |
| 3. EUROPACIFIC GROWTH FUND CL A | A | Dividend | K | T | | | | | |
| 4. GROWTH FUND OF AMERICA CL A | A | Dividend | M | T | | | | | |
| 5. INVESTMENT COMPANY OF AMERICA CL A | B | Dividend | L | T | | | | | |
| 6. DWS SCUDDER HIGH INCOME FUND CLASS A | C | Dividend | L | T | | | | | |
| 7. EUROPACIFIC GROWTH FUND CLASS A | A | Dividend | K | T | | | | | |
| 8. CALAMOS GROWTH FUND CLASS A AND B | A | Dividend | J | T | Sold (part) | 06/06/11 | J | A | See Note, Part VIII |
| 9. BAC CAPITAL TRUST XII | B | Interest | K | T | | | | | |
| 10. UBS FINANCIAL SERVICES (RMA) - CASH | | None | | | Merged (with line 15) | 08/02/11 | J | | See Note, Part VIII |
| 11. UBS FINANCIAL SERVICES (IRA) - CASH | A | Interest | | | Merged (with line 16) | 08/01/11 | K | | See Note, Part VIII |
| 12. CHESTERFIELD PUB, LLC | | None | L | V | | | | | |
| 13. TALMER BANK AND TRUST | A | Interest | J | T | | | | | |
| 14. MICHIGAN SCHOOLS AND GOVERNMENT CREDIT UNION | A | Interest | J | T | | | | | |
| 15. MORGAN STANLEY SMITH BARNEY CASH | | None | J | T | | | | | |
| 16. MORGAN STANLEY SMITH BARNEY (IRA) CASH | A | Interest | K | T | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STEEH, GEORGE C. | 05/07/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

EXPLANATION REGARDING PART VII, LINE 2:

COMMUNITY CENTRAL BANK WAS BOUGHT BY TALMER BANK AND TRUST. THERE WAS NO CHANGE TO GEORGE C. STEEH'S ACCOUNT.

EXPLANATION REGARDING PART VII, LINE 8:

SHARES OF CALAMOS GROWTH FUND CLASS B WAS EXCHANGED FOR SHARES OF CALAMOS GROWTH FUND CLASS A. THERE ARE NO MORE SHARES OF CALAMOS GROWTH FUND CLASS B. THIS WAS AN EVEN EXCHANGE WITH NO CASH INVOLVED.

EXPLANATION REGARDING PART V11, LINE 10 AND 11:

ACCOUNTS TRANSFERRED OUT OF UBS FINANCIAL SERVICES INC AND INTO MORGAN STANLEY SMITH BARNEY, A BROKER TO BROKER TRANSFER.

EXPLANATION REGARDING PART VII, LINE 12, COL C2:

VALUE WAS DETERMINED BY MEMBERS AT THEIR ANNUAL MEETING.

| Name of Person Reporting | Date of Report |
|---|---|
| STEEH, GEORGE C. | 05/07/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ GEORGE C. STEEH**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544